**Order filed, November 30, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00551-CV

_____

### SOUTHWEST SUNRISE, LLC, Appellant

### V.

### JOHN GANNON, INC., Appellee

---

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2021-15418**

---

## ORDER

The reporter's record in this case was due **August 22, 2022**. *See* Tex. R. App. P. 35.1. On October 21, 2022, this court granted the court reporters third request for extension of time to file the record until November 21, 2022, noting no further extensions would be entertained absent exceptional circumstances. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the previous request, we issue the following order.

We order **Carl Richard Browning**, the court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Bourliot, and Wilson.